| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT AND ASSOCIATES** |
|   | A PROFESSIONAL LAW CORP. |
| 3 | 1055 Lincoln Avenue |
| 4 | Post Office Box 5025 |
|   | San Jose, California 95150-5025 |
| 5 | Telephone: (408) 295-7755 |
|   | Facsimile: (408) 295-7444 |

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SALTO CRUz, ) | Case No: 3:14-cv-03792 JST |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (28) days up through and including Tuesday, February 3, 2015 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before March 3, 2015.  This extension is necessitated by the number of cases (4) the firm presently has pending before this and other district courts that require briefing.

Dated: December 16, 2014  /s/Harvey P. Sackett
HARVEY P. SACKETT
Attorney for Plaintiff
MARIA SALTO CRUZ

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration

*Authorization granted by Dennis Hanna in Ms. Turk's absence.*

Dated: December 16, 2014  /s/Jean M. Turk
JEAN M. TURK
Special Assistant U.S. Attorney
Social Security Administration

IT IS SO ORDERED.

Dated:   December 18, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND PROPOSED ORDER    2