```
MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK CSB No. 131517
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone:  (415) 977-8935
       Facsimile:  (415) 744-0134
       E-Mail:jean.turk@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SALTO CRUZ,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>　　　Defendant.<br>_____ | CIVIL NO.  3:14-CV-03792 JST<br><br>STIPULATION AND ~~PROPOSED~~ ORDER<br><br>SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA); AND COSTS |

　　　TO THE HONORABLE JON S. TIGAR, DISTRICT COURT JUDGE OF THE DISTRICT COURT:

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($ 5,500.00) and FOUR HUNDRED DOLLARS AND NO CENTS ($400.00) in costs.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by his attorney in

EAJA Stip
14-03792 JST

connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. §§ 1920 and 2412 (d).

After the Court issues an order for EAJA fees to [Plaintiff], the government will consider the matter of [Plaintiff]'s assignment of EAJA fees to [counsel].  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to [Plaintiff], but if the Department of the Treasury determines that [Plaintiff] does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to [counsel], pursuant to the assignment executed by [Plaintiff].  Any payments made shall be delivered to [counsel].

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that [Plaintiff] and/or [counsel] including [counsel's firm] may have relating to EAJA attorney fees in connection with this action.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

EAJA Stip
14-03792 JST                                                  2

This award is without prejudice to the rights of [counsel] and/or [counsel's firm] to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: July 17, 2015      /s/    Harvey p. Sackett
                          (As authorized via facsimile on July 16, 2015
                          Harvey P. Sackett
                          Attorney for Plaintiff

Dated: July 17, 2015
                          MELINDA L. HAAG, CSBN 132612
                          United States Attorney
                          DONNA L. CALVERT, ISBN 6191786
                          Regional Chief Counsel, Region IX
                          Social Security Administration


                          /s/ Jean M.Turk
                          JEAN M. TURK
                          Special Assistant U.S. Attorney
                          Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: July 21, 2015      _____
                          JON S.
                          UNITED STATES DISTRICT COURT
                          JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar

EAJA Stip
14-03792 JST                              3